Reverend Franklin C. REAVES, PhD; Vastena Reaves; Donald N. Reaves; Henry O. Reaves; Amanda Evans; Valeria Reaves Martin; Hercules W. Reaves; Freddy L. Reaves, Plaintiffs—Appellants,

and

Kathy J. Reaves, Plaintiff,

v.

298

and

State of South Carolina, Defendant.

Reverend Franklin C. Reaves, PhD; Vastena Reaves; Donald N. Reaves; Henry O. Reaves; Amanda Evans; Valeria Reaves Martin; Hercules W. Reaves; Freddy L. Reaves, Plaintiffs—Appellants,

and

Kathy J. Reaves, Plaintiff,

v.

City of Mullins; Marion County; W. Kenneth McDonald, individually and in his official capacity as Mayor; Terry B. Strickland, individually and in his official capacity as member of Mullins City Council; Jo A. Sanders, individually and in her official capacity as member of Mullins City Council; James W. Armstrong, individually and in his official capacity as member of Mullins City Council; Patricia A. Phillips, individually and in her official capacity as member of Mullins City Council; D. Wayne Collins, individually and in his official capacity as member of Mullins City Council; Daniel B. Shelley, Jr.; George Hardwick, individually and in his official capacity as City Administrator for City of Mullins; Edwin P. Rogers, individually and in his official capacity as Marion County Administrator; K. Donald Fling, individually and in his official capacity as Marion County Code Enforcement Officer; John Q. Atkinson, individually and in his official capacity as member of Marion County Council; Eloise W. Rogers, individually and in her official capacity as member of Marion County Council; Tom Shaw, individually and in his official capacity as member of Marion County Council; Allen Floyd, individually and in his official capacity as member of Marion County Council; Milton Troy, individually and in his official capacity as member of Marion County Council; Pearly Britt, individually and in his official capacity as member of Marion County; Elista H. Smith, individually and in her official capacity as member of Marion County Council; City of Mullins Police Department; Russell Bass, individually and in his official capacity as Chief of City of Mullins Police Department; Vickie Nichols, individually and in her official capacity, Defendants—Appellees,

and

State of South Carolina, Defendant.

Nos. 10–1806, 10–1973.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 4, 2011.

Franklin C. Reaves, Vastena Reaves, Donald N. Reaves, Henry O. Reaves, Amanda Evans, Valeria Reaves Martin, Hercules W. Reaves, and Freddy L. Reaves, Appellants Pro Se. Douglas Charles Baxter, Richardson, Plowden & Robinson, PA, Myrtle Beach, South Carolina; Robert Thomas King, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Appellants appeal the district court's orders accepting the recommendations of the magistrate judge and denying relief on their civil action and denying their subsequent Fed. R.Civ.P. 60(b) motion for reconsideration. Appellants also appeal the magistrate judge's order denying their Fed.R.Civ.P. 59(e) motion to reconsider the order granting sanctions to Appellees. In their informal briefs, Appellants fail to address the dispositive issues in the case. Therefore, Appellants have forfeited appellate review of those issues. *See* 4th Cir. R. 34(b) (limiting review to issues raised in the informal brief); *see also Edwards v. City of Goldsboro,* 178 F.3d 231, 241 n. 6 (4th Cir.1999) (finding failure to raise issue in opening brief constituted abandonment of that issue). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*